Ray v. Ray.

----

FRANCIS L. RAY, Respondent, *v.* ANDREW H. RAY, Appellant.

1. *Practice, civil — Supreme Court — Appeal — Failure of order.* —Where the record shows no order granting an appeal, the case will be stricken from the docket.

*From Pettis Circuit Court.*

*Snoddy & Bridges*, for appellant.

*H. B. Johnson & Batsford*, for respondent.

ADAMS, Judge, delivered the opinion of the court.

The record in this case does not show that any appeal was allowed. Although an affidavit and bond for an appeal were filed, yet the record does not show any order allowing the appeal. The statute requires that the court shall make an order allowing the appeal. As this was not done, and as the case is not here by writ of error, it must be stricken from the docket. The other judges concur.